**FILED**

January 28, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____   CM
                                    DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VANESSA MARIE MCFADDEN, | § | |
| **Plaintiff,** | § | |
| v. | § | **NO. SA-23-CV-00956-OLG** |
| RELIANT REHABILITATION, | § | |
| **Defendant.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed January 6, 2026, concerning the status of this case. (*See* R&R, Dkt. No. 38.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed by certified mail on January 8, 2026 (*see* Dkt. No. 39) and received on January 12, 2026 (*see* Dkt. No. 40).

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 38) and, for the reasons set forth therein, this case is **DISMISSED**. *See* FED. R. CIV. P. 25(a)(1).

Any pending motions are **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED on January _____, 2026.

ORLANDO L. GARCIA
United States District Judge